UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
_____

THE UNITED STATES OF AMERICA,

                -against-

LEVAR GAYLE,

                Defendant
_____

Docket No. 08 Mag. 0192

## NOTICE OF APPEARANCE

Please notice my appearance on behalf of the defendant, Levar Gayle.

Dated: New York, NY
       February 7, 2008

/s/ *Ruth M. Liebesman*
Ruth M. Liebesman, Esq. (RL 5383)
110 Wall Street, 11th Floor
New York, New York 10005
212-804-5740
- - - - - - - - - - - - - - - - - -
445 Columbia Boulevard
Wood-Ridge, New Jersey 07075
201-617-7000
201-617-7710 (facsimile)

To:    Clerk
        United States District Court
        500 Pearl Street
        New York, New York 10007

        Elizabeth Felise Maringer, Esquire
        Assistant United States Attorney
        One Saint Andrew's Plaza
        New York, New York 10007

        Donald Yanella, Esquire
        7 Dey Street, Suite 803
        New York, New York 10007